IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO.: 4:19-MJ-1010

UNITED STATES OF AMERICA

v.

TYCHAN LEWIS POWELL

**Filed Under Seal**

## ORDER TO SEAL CRIMINAL COMPLAINT, ARREST WARRANTS, AND SUPPORTING DOCUMENTATION

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Criminal Complaint, Arrest Warrants, Supporting Affidavit, Motion to Seal, and Order to Seal in the above-captioned matter be sealed until such time as unsealing is requested by the United States Attorney and granted by the court.

It is FURTHER ORDERED that the Clerk provide the United States and the Bureau of Alcohol, Tobacco & Firearms (ATF) with a copy of the Criminal Complaint, Arrest Warrants, Supporting Affidavit, as well as a copy of the Motion and Order to Seal the same.

This the 8th day of January 2019.

Kimberly A. Swank
U.S. Magistrate Judge